IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GWENDOLYN A. ROBBINS,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. CV410-045
                                 )
LARRY CHISOLM, Individually and  )
in his Official Capacity as the  )
District Attorney for Chatham    )
County, Georgia,                 )
                                 )
    Defendants.                  )
                                 )

## O R D E R

Before the Court is Plaintiff's Motion for Settlement Conference. (Doc. 108.) Defendant does not object to Plaintiff's request. (Doc. 109.) After careful consideration, Plaintiff's motion is **GRANTED**. Counsel for both parties are **DIRECTED** to appear at **3:00 p.m.** on **Thursday, June 1, 2017** in the chambers of the Third Floor Courtroom, located at 125 Bull Street in Savannah, Georgia, to discuss the remaining issues in this case and the possibility that those issues can be resolved by mutual agreement.

SO ORDERED this 20th day of April 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA