IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GWENDOLYN A. ROBBINS,           )
                                )
    Plaintiff,                  )
                                )
v.                              )    CASE NO. CV410-045
                                )
LARRY CHISOLM, individually and )
in his official capacity as the )
District Attorney for Chatham   )
County, Georgia,                )
                                )
    Defendant.                  )
                                )

## O R D E R

Before the Court are Defendant's Satisfaction of Judgment (Doc. 112) and the parties' Stipulation of Dismissal (Doc. 113). Based on these documents, Plaintiff's Motion for Attorney Fees (Doc. 89), Motion for Reinstatement or Front Pay (Doc. 90), and Motion for Discovery (Doc. 96); and Defendant's Renewed Motion for Judgment as a Matter of Law, or Alternatively for New Trial or to Amend the Judgment (Doc. 79) are all **DISMISSED AS MOOT**. Judgment having been entered and satisfied, this case remains closed. The Clerk of Court is **DIRECTED** to forward a copy of this order to the Eleventh Circuit Court of Appeals.

SO ORDERED this 14th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA